GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
Nathan J. Reese (SBN 283150)
nreese@grahamhollis.com
Taylor M. Gee (SBN 349199)
tgee@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California  92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiffs Genevieve Basham and
Jennifer Raper

ROGERS JOSEPH O'DONNELL
Sharon O. Rossi (SBN 232725)
srossi@rjo.com
Emily A. Murphy (SBN 311315)
emurphy@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant Tailored Living
Choices, LLC

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE BASHAM and JENNIFER RAPER, individually and on behalf of all current and former similarly situated employees and/or all aggrieved employees of Defendants in the State of California,<br><br>       Plaintiffs,<br><br>   v.<br><br>TAILORED LIVING CHOICES, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>       Defendants. | Case No.:  4:23-cv-02678-DMR<br><br>**CLASS & REPRESENTATIVE ACTION**<br><br>**JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT; AND ORDER (AS MODIFIED) THEREON**<br><br>Judge:    Hon. Donna M. Ryu<br>Crtrm:   4, 3rd Floor<br><br>Complaint Filed: December 29, 2021<br>Removal Date: May 30, 2023<br>Trial Date: None set |

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

Plaintiffs Genevieve Basham and Jennifer Raper ("Plaintiffs") and Defendant Tailored Living Choices, LLC ("Defendant") (collectively, the "Parties") submit this Joint Stipulation for Leave for Plaintiffs to File a Second Amended Complaint in the form attached as Exhibit 1 and request that the Court enter an order in accordance herewith.

WHEREAS, on December 29, 2021, Plaintiff Genevieve Basham filed a class and representative action complaint for damages, restitution, and injunctive relief against Defendant in Napa County Superior Court, establishing case number 21CV001795;

WHEREAS, Defendant was served with service of process on February 14, 2022 via Notice and Acknowledgment of Receipt;

WHEREAS, on or about March 16, 2022, Defendant filed an answer to Plaintiff Genevieve Basham's complaint;

WHEREAS, on or about April 5, 2023, the Parties stipulated to permit Plaintiff Genevieve Basham to amend her complaint to allege additional claims against Defendant and also add Jennifer Raper as a named representative;

WHEREAS, Plaintiffs filed their First Amended Complaint in the Napa County Superior Court on April 27, 2023;

WHEREAS, Defendant filed its Answer to Plaintiffs' First Amended Complaint on May 3, 2023;

WHEREAS, Defendants removed the action to the United States District Court for the Northern District of California on May 30, 2023, establishing case number 4:23-cv-02678-DMR;

WHEREAS, following Defendant's review of the proposed Second Amended Complaint, counsel for the Parties met and conferred and agreed to permit Plaintiffs to seek leave to amend the First Amended Complaint to modify the causes of action brought against Defendant;

WHEREAS, as reflected in **Exhibit 1**, the Parties request that Plaintiffs be granted leave to file a Second Amended Complaint to amend several of the claims asserted in the prior complaints;

JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A SECOND
AMENDED COMPLAINT; AND ORDER (AS MODIFIED) THEREON

1    WHEREAS, the Parties agree that Defendant shall have 30 days from the date of

2  service of the Second Amended Complaint to file a responsive pleading;

3    NOW THEREFORE, the Parties stipulate and agree as follows:

4    1.    Plaintiffs will file the Second Amended Complaint, attached hereto as Exhibit

5        1, no later than September 20, 2023.

6    2.    Defendant will have 30 days from the date of service of the Second Amended

7        Complaint to file a responsive pleading.

8    **IT IS SO STIPULATED.**

9                    Respectfully submitted,

10 Dated: September 20, 2023            GRAHAM**HOLLIS** APC

11

12                    By:  */s/ Taylor M. Gee*
                        GRAHAM S.P. HOLLIS
                        VILMARIE CORDERO
13                      HALI M. ANDERSON
                        NATHAN J. REESE
14                      TAYLOR M. GEE
                        Attorneys for Plaintiffs Genevieve
15                      Basham and Jennifer Raper

16 Dated: September 20, 2023            ROGERS JOSEPH O'DONNELL

17

18                    By:  */s/ Sharon O. Rossi*
                        SHARON O. ROSSI
19                      EMILY A. MURPHY
                        Attorneys for Defendant Tailored Living
20                      Choices, LLC

21                    **ECF ATTESTATION**

22    Pursuant to Civil Local Rule 5-1, I, Taylor M. Gee, hereby attest that concurrence

23 in the filing of this document has been obtained from Sharon O. Rossi.

24

25 Dated: September 20, 2023            GRAHAM**HOLLIS** APC

26                    By:  */s/ Taylor M. Gee*
                        TAYLOR M. GEE
27                      Attorney for Plaintiffs Genevieve Basham
                        and Jennifer Raper

28

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

1

## **ORDER (AS MODIFIED)**

2     Pursuant to the Parties' Joint Stipulation for Leave for Plaintiffs to File a Second

3 Amended Complaint, and good cause appearing, the Court hereby ORDERS the following:

4     1.    Plaintiffs shall file the Second Amended Complaint, attached to the Parties

5             stipulation as Exhibit 1, no later than September 27, 2023.

6     2.    Defendant shall have 30 days after service of the Second Amended Complaint

7             to file a responsive pleading.

8     **IT IS SO ORDERED AS MODIFIED.**

9

10 Dated:   September 25, 2023

11

12

13                                _____

14                                  Honorable Donna M. Ryu
                                    Chief Magistrate Judge for the
                                    Northern District of California



15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A SECOND
AMENDED COMPLAINT; AND ORDER (AS MODIFIED) THEREON