ARCH LEGAL, P.C.
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile:  619.692.0822

Attorneys for Plaintiffs Genevieve Basham,
Jennifer Raper, George Pepper, and aggrieved
employees.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GENEVIEVE BASHAM, JENNIFER RAPER and GEORGE PEPPER, individually and on behalf of all current and former similarly situated employees and/or all aggrieved employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>TAILORED LIVING CHOICES, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-02678-DMR<br><br>**CLASS, COLLECTIVE & REPRESENTATIVE ACTION**<br><br>**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:      October 23, 2025<br>Time:      1:00 p.m.<br>Judge:     Hon. Donna M. Ryu<br>Crtrm:    4, 3rd Floor<br><br>Complaint Filed: December 29, 2021<br>Removal Date: May 30, 2023<br>Trial Date: May 5, 2025 |

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEY'S FEES AND COSTS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Genevieve Basham, Jennifer Raper, and George Pepper ("Plaintiffs" or "Class Representative") and Defendant Tailored Living Choices, LLC ("Defendant" or "TLC"), through their counsel of records, have reached an agreement to settle certain claims in the putative class, collective, and representative action, filed in the United States District Court, Northern District of California and captioned *Basham, et al., v. Tailored Living Choices, LLC* Case No. 4:23-cv-02678-DMR (the "Action"). This matter came before the Court on October 23, 2025, for a hearing on Plaintiffs' Motions for: (1) Final Judgment and Order Approving Class Action Settlement; and for (2) Final Approval of Attorneys' Fees and Costs. Due and adequate notice having been given to class members as required by the Court's May 15, 2025 Order Granting Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement [Dkt. 62], and the Court having considered all papers filed and proceedings in this action, having received no objections to the settlement or to Plaintiffs' Motion for Attorney's Fees and Costs, and determining that the settlement is fair, adequate, and reasonable, and otherwise being fully informed and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. This Order adopts and incorporates by reference the terms and conditions of the parties' joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") together with the definitions used herein.

2. This Court has jurisdiction over the claims of the members of the Class asserted in this proceeding, personal jurisdiction over Plaintiffs and Defendant, and the members of the Class, as defined in the Settlement Agreement.

3. This Court previously conditionally certified the Class for settlement purposes. The Court hereby grants final certification approval, for settlement purposes to the Class, defined as follows:

   a. The "California Settlement Class" means all current and former employees of Tailored Living Choices, LLC ("TLC") who performed work as an

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

AMENDED [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

Instructional Assistant for TLC at any time from June 29, 2017, through May 15, 2025.

b. The "Waiting Time Penalties Subclass" means all members of the Class who were employed by TLC at any time between June 29, 2017, through the present, and separated from their employment with Defendant at any time from June 29, 2018, through May 15, 2025.

c. The "FLSA Collective" means all current and former employees of Tailored Living Choices, LLC ("TLC") who performed work as an Instructional Assistant for TLC at any time from December 1, 2020, through May 15, 2025.

4.    Notice given to the Class fully and accurately informed Class Members of all material elements of the proposed settlement and of their opportunity to exclude themselves from, object to, or comment on the settlement, and to appear at the final approval hearing. The notice was reasonable and the best notice practicable under the circumstances. Accordingly, this Court finds that the notice program described in the Settlement and completed by the Settlement Administrator complied fully with the requirements of due process, the Federal Rules of Civil Procedure, and all other applicable laws.

5.    The Settlement Agreement is not an admission of liability by Defendant or by any other Released Party (as that term is defined in the Settlement Agreement), nor is this Order a finding of the validity of any allegations or of any wrongdoing by Defendant or any other Released Party. Neither this Order, the Settlement Agreement, nor any document referred to herein, nor any action taken to carry out the Settlement Agreement, may be construed as, or may be used as, an admission of any fault, wrongdoing, omission, concession, or liability whatsoever by or against Defendant or any of the Released Parties.

6.    All Class Members are bound by this Final Order and Judgment and by the terms of the parties' Settlement Agreement, including releases provided for in the Settlement and this Final Order and Judgment. As of the effective date of Settlement, by

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

2                                4:23-cv-02678-DMR

operation of the entry of this Final Judgment and Order, each Class Member, including Plaintiffs, shall be deemed to have fully released, waived, relinquished and discharged, the Released Claims that he or she may have against the Released Parties.

7.    Class Members were given a full opportunity to participate in the Final Approval Hearing, and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Class Members who did not timely and properly opt out of the settlement are bound by this Order.

8.    The Court has considered all relevant factors for determining the fairness of the settlement and has concluded that all such factors weigh in favor of granting final approval. In particular, the Court finds that the settlement was reached following meaningful investigation conducted by Plaintiffs' counsel; that the settlement is the result of serious, informed, adversarial and arm's-length negotiations between the parties; and that the terms of the settlement are in all respects fair, adequate, and reasonable.

9.    In so finding, the Court has considered all evidence presented, including evidence regarding the strength of the Plaintiffs' case; the risk, expense, and complexity of the claims presented; the likely duration of further litigation; the amount offered in settlement; the extent of investigation and discovery completed; and the experience and views of Plaintiffs' counsel. The Court has also considered the absence of objection to the settlement.

10.    The Court hereby finds the Settlement Payments provided to Class Members under the terms of the Settlement to be fair and reasonable in light of all the circumstances. The Court, therefore, orders the calculations and payments to be made and administered in accordance with the terms of the Settlement Agreement.

11.    The Court finds that the services provided by the Settlement Administrator were for the benefit of the Class, and the cost of $15,000.00 is fair, reasonable, and appropriate for reimbursement. The Court approves payment to CPT Group, Inc. for administration fees, which includes all costs and fees incurred to date, as well as estimated costs and fees involved in completing the administration of the Settlement.

12.     The Court confirms ARCH Legal, P.C. as Class Counsel in this action. The Court finds that Class Counsel has sufficient experience, knowledge, and skill to promote and safeguard the interests of the Class. The Court therefore finds that Plaintiffs' counsel satisfies the professional and ethical obligations of Class Counsel.

13.     Therefore, the Court approves an award of attorney's fees of $193,333.33. The Court finds that this amount is supported by both the application of the percentage fee and the lodestar-plus-multiplier methods for awarding reasonable attorney's fees.

14.     Class Counsel incurred costs in the form of court filing fees, mediation fees, document copying fees, deposition transcripts, court reporter, travel expenses, expert expenses, postage, attorney services, third party administration, among others. The Court approves the reimbursement of Class Counsel's costs in the amount of $35,000.00, pursuant to the terms of the Settlement Agreement.

15.     The Court finds that Genevieve Basham, Jennifer Raper, and George Pepper are suitable representatives for the Settlement Class and are hereby appointed as the Class Representatives. The Court finds that Class Representatives' investment and commitment to the litigation and its outcome ensured adequate and zealous advocacy for the Settlement Class, and their interests are aligned with those of the Settlement Class.

16.     The Court finds Class Representatives' Service Award in the amount of $10,000.00 per Class Representative as fair and reasonable compensation based upon the evidence presented regarding the services provided and risks incurred by Plaintiffs in assisting Class Counsel.

Without affecting the finality of this Final Judgment and Order, the Court reserves continuing and exclusive jurisdiction over the parties to the Settlement, including Defendant and Class Members, to administer, supervise, construe and enforce the Settlement in accordance with its terms.

///

///

///

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

**IT IS SO ORDERED**.

Dated: November 3, 2025

_____

Hon. Donna M. Ryu
Chief Magistrate Judge

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

5                                                    4:23-cv-02678-DMR

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEY'S FEES AND COSTS